THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00241-MR

| | |
|---|---|
| NICOLE LEE BLAKE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Karl E. Osterhout as counsel *pro hac vice*. [Doc. 3]. Upon careful review and consideration, the Court will deny the motion.

*Pro hac vice* admission is for the admission of an attorney from another jurisdiction for a single case. See LCvR 83.1(B)(1) ("A *pro hac vice* admission is defined as an admission to the Bar of this Court in a *particular* case….") (emphasis added). The admission of an attorney *pro hac vice* is a matter within the discretion of the particular judge to whom the case is assigned. Id.

*Pro hac vice* admission is not intended to be a substitute for admission to the bar of this Court by those who regularly practice here. The present

motion is the 17th time that Mr. Osterhout has sought *pro hac vice* admission in this District. This, in the Court's view, constitutes regular practice.

Notably, counsel represents that he has been admitted to the bar in 31 other jurisdictions. [Doc. 3-4 at 1-2]. Apparently, he practices regularly in many courts. If, however, Mr. Osterhout desires to practice regularly *in this Court* he must apply for regular admission.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for the admission of attorney Karl E. Osterhout as counsel *pro hac vice* [Doc. 3] is **DENIED**.

**IT IS SO ORDERED**.

Signed: September 15, 2017

Martin Reidinger
United States District Judge