# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 241

| | |
|---|---|
| NICOLE LEE BLAKE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pending before the Court is the Consent Motion to Reverse and Remand to the Social Security Administration [# 16]. Pursuant to sentence four of 42 U.S.C. § 405(g), Defendant asks the Court to enter a judgment reversing and remand this case for further administrative proceedings. Plaintiff's counsel has consented to the motion.

Therefore, the Court **GRANTS** the motion [# 16] and hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 101–02 (1991).

Signed: February 2, 2018

Dennis L. Howell
United States Magistrate Judge