**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:17CV241**

| | | |
|---|---|---|
| **NICOLE LEE BLAKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

   This matter is before the Court on Plaintiff's Consent Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (# 19). Plaintiff's motion must be denied for at least two reasons. First, the motion reflects that Exhibits A and B have been attached to the motion, yet they have not. Second, a brief in support of the motion was not filed. <u>See</u> LCvR 7.1(c) ("A brief must be filed contemporaneously with the motion[.]"). Consequently, Plaintiff's Consent Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (# 19) is DENIED without prejudice to renew.

Signed: May 8, 2018

Dennis L. Howell
United States Magistrate Judge