IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17CV241

| | |
|---|---|
| NICOLE LEE BLAKE, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>**Acting Commissioner of Social Security,** )<br>)<br>**Defendant.** )<br>_____ ) | ORDER |

This matter is before the Court on Plaintiff's Amended Consent Motion for Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (# 21). The Court has reviewed the attorneys' Itemization of Time (# 21-2) and Contingent Fee Agreement (# 21-1). These documents appear to be in order, and the Court is not aware of any special circumstances that would make an EAJA award in this case unjust. Therefore, the Court ORDERS the following:

(1) Plaintiff's Amended Consent Motion for Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (# 21) is GRANTED;

(2) Plaintiff is entitled to an EAJA counsel fee in the amount of $6,080.00; and

(2) If Plaintiff has no debt registered with the Department of Treasury that is subject to offset, the fees are payable to her attorneys, Paul B. Eaglin, Karl E. Osterhout, and Lindsay F. Osterhout.[1]

Signed: May 14, 2018

Dennis L. Howell
United States Magistrate Judge

---

[1] The Fee Agreement reflects that Plaintiff assigned her rights. (# 21-1) at 1.